IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-po-07011-JPO-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Troy J. HERMANSON,

   Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF PROBATION**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

_____   ORDERS the issuance of an arrest warrant.

_____

_____

DATED at Denver, Colorado, this _____ 9th day of September, 2022.

BY THE COURT:

_James P. O'Hara_

James P. O'Hara
United States Magistrate Judge